UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS S. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>HOUSING AUTHORITY OF THE CITY OF LIVERMORE,<br><br>    Defendant. | Case No. 15-cv-01764-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On July 2, 2015, the court granted Plaintiff's motion for leave to proceed in forma pauperis and dismissed the complaint with leave to amend. [Docket No. 5.] The court ordered Plaintiff to file an amended complaint by no later than July 23, 2015, and warned Plaintiff that failure to file an amended complaint by July 23, 2015 may result in dismissal of this action. Plaintiff did not file an amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 29, 2015



Donna M. Ryu
United States Magistrate Judge